RECEIVED
SEP 10 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA



**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **JORDAN JOHN PERTTUNEN,**<br>Plaintiff / Protected Party,<br><br>vs.<br><br>**SAMANTHA RENEE DIETSCH,**<br>HONORABLE JESSICA A. BIERWERTH,<br>HONORABLE TERESA R. WARNER,<br>and RAMSEY COUNTY, MINNESOTA, et al.<br>Defendants. | **CASE NO. 0:26-cv-03804-JMB-EMB**<br><br>**Honorable Jeffrey M. Bryan**<br>**United States District Judge**<br><br>**Honorable Elsa M. Bullard**<br>**United States Magistrate Judge** |

## EXHIBIT B: EVIDENCE OF ONGOING STATE-ACTOR COMPLICITY, FALSE ARREST AND RETALIATORY CRIMINAL SUMMONS (CASE NO. 27-CR-26-22867)

Plaintiff Jordan John Perttunen hereby submits this **Supplemental Exhibit B** in support of his pending *Emergency Ex Parte Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 4)*. This exhibit provides uncontrovertible, certified proof of active, ongoing bad-faith retaliatory prosecution and civil rights violations executed under color of state law by the named Defendant Samantha Renee Dietsch and her corporate and municipal co-conspirators.

**I. THE PREP-PREGNANCY MEDICAL INTERCEPT AND RETALIATORY CITATION**
On **Wednesday, August 19, 2026**, at the University of Minnesota Pediatric Dental Clinic, the Plaintiff successfully executed his statutory Joint Legal Custody medical veto to abort a life-threatening, contraindicated general anesthesia procedure on his five-year-old daughter, Mia, whose AST liver enzymes were in an active state of tissue necrosis at **49 U/L** due to unmonitored Methotrexate administration. Rather than acknowledging this co-equal veto, Samantha Dietsch engaged in an extreme, emotionally dysregulated fit in the clinic lobby, falsely claiming to have an active HRO and demanding the Plaintiff's arrest.

The clinic staff and on-site security, acting with complete database blindness, assisted the mother in executing a physical lockout of the Father, and subsequently filed or facilitated a false police report with the Minneapolis Police Department.

**II. THE ILLEGAL SUMMONS (CASE NO. 27-CR-26-22867)**
On **September 2, 2026**, the Minneapolis City Attorney's Office formally e-filed misdemeanor criminal charges against the Plaintiff under **Hennepin County Case No. 27-CR-26-22867** for Misdemeanor Violation of a Harassment Restraining Order (HRO) and Disorderly Conduct.

This criminal summons is a legal fiction and a direct procedural nullity:
1. **The Active OFP Shield:** Under the active **Hennepin County Order for Protection (File No. 27-DA-FA-24-5761),** the Plaintiff is the protected party and Samantha Dietsch is the restrained



SCANNED
SEP 10 2026 CK
U.S. DISTRICT COURT ST. PAUL

domestic abuser s/p physical battery during an exchange.
2. **The July 1st Judicial Exception:** On July 1, 2026, Judge Richard A. Stebbins explicitly ruled on the record that family-court dockets control all exchanges and contact, and that parenting-time interactions do *not* constitute violations of protective orders.
3. **Unilateral Medical Veto:** The Plaintiff never spoke to, contacted, or harassed the mother; he merely stood in the clinical lobby to exercise his non-discretionary statutory joint medical veto to save his child's life.

**III. JURISDICTIONAL SIGNIFICANCE & BYPASS OF THE YOUNGER DOCTRINE**

This retaliatory criminal prosecution establishes the exact **bad-faith, harassment, and extraordinary circumstances exceptions** required to bypass the *Younger* abstention doctrine and strip the state actors of absolute immunity. The state-court system and municipal prosecutors are actively participating in a bad-faith conspiracy to criminally prosecute a severely disabled, post-ECMO father for saving his daughter's life s/p active liver tissue necrosis.

Plaintiff demands this Court immediately enter an Emergency Temporary Restraining Order (Doc. 4) staying all state-court educational and custodial orders, staying Case No. 27-CR-26-22867, and deploying the United States Marshal Service to physically recover Mia under a Federal Writ of Assistance.

**SIGNED UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746:**

*Jordan John Perttunen*

**Jordan John Perttunen**
**Plaintiff Pro Se / Father & Joint Legal Custodian**
**jordanperttunen@gmail.com | Tel: 952-380-7661**

**Dated: September 4, 2026**
**Carver, Minnesota**

Filed in District Court
State of Minnesota
09/02/2026

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-26-22867
Case Type: Crim/Traf Mandatory

**Notice of Hearing (Summons)**

JORDAN JOHN PERTTUNEN
114201 HUNDERTMARK RD
CHASKA MN 55318

---

State of Minnesota vs Jordan John Perttunen

You are hereby summoned to appear before the court to answer the enclosed complaint on:

| *Setting* |
| --- |
| **Monday, September 21, 2026**<br>**Arraignment**<br>**10:30 AM** |

at the following location:

**Hennepin County District Court**
**Public Safety Facility**
**401 South Fourth Avenue**
**Minneapolis, MN 55415**
**612-348-6000**

---

NOTICE to named party on complaint:

- Bring this notice and a valid State picture I.D. with you to court.
- Please call 612-348-6000 at least one week in advance if you require the assistance of an interpreter.

**Failure to appear for this hearing will result in a warrant for your arrest.**

Dated: September 2, 2026

Court Administrator
Hennepin County District Court

**To receive an eReminder for future court dates via e-mail or text, visit** www.mncourts.gov/Hearing-eReminders.aspx **or scan the QR code to enroll.**

**If you cannot afford to hire a lawyer and would like to apply for a court-appointed attorney before this appearance visit** https://4thcourtspde.courts.state.mn.us **or scan the QR code to start the application.**

Printed on 9/2/2026