RECEIVED
SEP 14 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA



| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF MINNESOTA** | **CIVIL DOCKET NO. 0:26-CV-03804-JMB-EMB** |
| **JORDAN JOHN PERTTUNEN,**<br>Plaintiff,<br>v.<br>**SAMANTHA RENEE DIETSCH, et al.,**<br>Defendants. | **PROPOSED ORDER FOR EXPEDITED DISCOVERY, MANDATORY ESI LITIGATION HOLD, AND RULE 45 SUBPOENA AUTHORIZATION**<br><br>**JUDGE JEFFREY M. BRYAN**<br>**MAGISTRATE JUDGE ELSA M. BULLARD** |

# PROPOSED EXPEDITED DISCOVERY AND ANTI-SPOLIATION ORDER

This matter came before the Court upon Plaintiff Jordan John Perttunen's Emergency Motion for Ex Parte Temporary Restraining Order Pursuant to Fed. R. Civ. P. 65(b) and Motion for Expedited Discovery and Evidence Preservation. Based upon the verified record, affidavits, and clinical exhibits demonstrating acute biological risk (AST 49 U/L liver enzyme toxicity), 20 consecutive parenting-time defaults (779.0 total stolen hours), 5 missed school days (~35 instructional hours) at St. Hubert Catholic School facing a September 11, 2026 un-enrollment deadline, and documented state law enforcement non-enforcement, the Court finds good cause under Fed. R. Civ. P. 26(d), 34, and 45 to grant expedited discovery and issue a mandatory electronic anti-spoliation injunction.

## IT IS HEREBY ORDERED:

**1. MANDATORY LITIGATION HOLD AND EXPEDITED ESI PRODUCTION (DEFENDANT SAMANTHA RENEE DIETSCH):**

Defendant Samantha Renee Dietsch is hereby **STRICTLY PROHIBITED** from deleting, wiping, overwriting, factory-resetting, altering, or destroying any mobile electronic devices, smartphones, tablets, cloud accounts (iCloud, Google Drive, Dropbox), cellular location telemetry, or messaging applications in her possession, custody, or control. Defendant Dietsch shall, within **seven (7) calendar days** of service of this Order, produce to Plaintiff and the Court:

a) All mobile device cellular location data, GPS telemetry, Google Location History, and Apple FindMy logs covering the dates of May 27, 2026 to present, specifically documenting her locations during all 20 parenting-time defaults;

b) All audio, video, or electronic surveillance recordings made of or concerning minor child Mia J. P. Dietsch, including any unauthorized wiretapping, audio recording applications, or listening devices;

c) All communications with healthcare providers, telepsychiatry clinics, and retail pharmacies regarding prescription fills (specifically Methotrexate NDC 11534016503).

**2. EXPEDITED RULE 45 SUBPOENAS TO EDUCATIONAL INSTITUTIONS:**

Plaintiff is authorized to issue immediate Fed. R. Civ. P. 45 Subpoenas Duces Tecum to:

a) **Groveland Elementary School (St. Paul Public Schools)**: For immediate production of certified daily attendance records, unexcused absence logs, enrollment intake applications, busing records, and truancy notifications regarding minor child Mia J. P. Dietsch;

b) **St. Hubert Catholic School (Chanhassen)**: For certified enrollment records, tuition clearance files, and formal administrative notices regarding the Friday, September 11, 2026 un-enrollment deadline.

**3. EXPEDITED RULE 45 SUBPOENAS TO HEALTHCARE ENTITIES AND WIRELESS CARRIERS:**

Plaintiff is authorized to issue immediate Rule 45 Subpoenas requiring production within **seven (7) calendar days** to:

a) **HealthPartners, Inc. & Fairview Health Services**: Full unredacted EHR audit logs, Epic Care Everywhere unmerged account files, and certified blood laboratory diagnostic trends (AST/ALT levels);

b) **Open Cities Health Center Inc.**: Certified intake records, surname modification audit trails ('Perptunen Dietsch,



SCANNED
SEP 14 2026 CK
U.S. DISTRICT COURT ST. PAUL

Mia'), and LGSW Zadok Nampala clinical notes;

c) **GABA Telepsychiatry P.C. & Dr. Gundu Anupama Reddy M.D.**: Complete raw telehealth transmission logs, billing records, and original unedited clinical evaluation drafts (specifically Page 56);

d) **Walgreens Co.**: Complete dispensing history and pharmacist consultation logs for Rx #5548299-09795 and #5558411;

e) **Cellular Wireless Carriers (Verizon, AT&T;, T-Mobile, Apple, Google)**: Cell Site Location Information (CSLI), call detail records (CDRs), and cloud backup logs for Defendant Samantha Dietsch's mobile accounts for the period of May 27, 2026 to present.

**4. MANDATORY ANTI-SPOLIATION & CONTEMPT WARNING:**

Any failure to comply with this Order, or any attempt to alter, delete, or spoliate physical or electronic evidence, shall subject the non-compliant party or entity to immediate civil and criminal contempt sanctions, adverse inference instructions under Fed. R. Civ. P. 37(e), and monetary penalties.

**DATED:** September ____, 2026

______________________________

**HON. JEFFREY M. BRYAN**
UNITED STATES DISTRICT JUDGE