RECEIVED
SEP 17 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA - ST. PAUL DIVISION**

JORDAN JOHN PERTTUNEN,
Plaintiff,
v.
SAMANTHA RENEE DIETSCH, et al.,
Defendants.

CASE NO. 0:26-cv-03804-JMB-EMB
JUDGE JEFFREY M. BRYAN
MAGISTRATE JUDGE ELSA M. BULLARD

---

## PLAINTIFF'S SUPPLEMENTAL EMERGENCY DECLARATION UNDER 28 U.S.C. Section 1746 (EVIDENTIARY EXHIBIT G: MONDAY, SEPTEMBER 14, 2026 CLINICAL ENTRAPMENT & UNLAWFUL DENTAL SURGERY ESCORT INCIDENT)

I, Jordan John Perttunen, declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the following facts are true and correct, and are submitted in support of Plaintiff's Emergency Motion for Ex Parte TRO under Fed. R. Civ. P. 65(b) and Proposed Expedited Discovery Order:

**1. CLINICAL INVITATION & MANDATE (SEPT 11, 2026): On Friday, September 11, 2026, at 11:24 AM, the U of M Pediatric Dental Clinic / Fairview Health Services contacted Plaintiff by telephone (612-659-4900, 3-minute duration) expressly instructing Plaintiff to attend minor child Mia J. P. Dietsch's Monday, September 14, 2026 dental appointment in person to provide written Joint Legal Custodial consent under Minn. Stat. Section 518.17.**

**2. PRE-APPOINTMENT WRITTEN CONSENT REVOCATION: Prior to the appointment, Plaintiff served a formal Notice of Revocation of Consent upon clinic administration, placing healthcare providers on notice of active pediatric organ toxicity (AST 49 U/L High) and withholding consent for general anesthesia or invasive procedures over parental objection.**

**3. PEACEFUL ATTENDANCE & LAWFUL RIGHTS ASSERTION (SEPT 14, 2:00 PM - 2:24 PM): On Monday, September 14, 2026, at 2:00 PM, Plaintiff arrived at the U of M Dental Clinic (33xx University Ave SE, Minneapolis) peacefully as Joint Legal Custodian. At 2:24 PM, security personnel and police officers approached Plaintiff based on Defendant Samantha Dietsch's false, unsworn statements claiming Plaintiff 'refused OFW calls' and violated an HRO. Plaintiff remained 100% calm, composed, and soft-spoken, stating on the record: 'I am Jordan Perttunen, biological father and joint legal medical custodian of Mia under Minn. Stat. Section 518.17. I am here peacefully because the clinic contacted me regarding Mia's medical appointment. I am exercising my statutory medical custody rights, reviewing proposed procedures due to documented liver toxicity (AST 49 U/L), and providing my written revocation of consent.'**

**4. PEACEFUL DEPARTURE UNDER PROTEST (2:43 PM): When instructed to step outside, Plaintiff caused zero disruption, engaged in zero argument, stated 'I will comply peacefully under protest as joint legal custodian,' and walked cleanly out to his vehicle at 2:43 PM, neutralizing Defendant's attempt to manufacture a criminal confrontation trap.**

**5. OBJECTIVE OFW TELECOMMUNICATIONS AUDIT: Defendant's unsworn narrative to police that Plaintiff 'refused OFW video calls' is an audited fabrication. Unalterable telecommunications logs confirm ZERO incoming video calls or OFW call attempts occurred on September 14, 2026 - and ZERO call activity has occurred since August 10, 2026.**

**6. ADMISSION OF CLINICAL NECESSITY (SEPT 14, 3:04 PM CALL): At 3:04 PM on September 14, 2026, clinic staff called Plaintiff (612-659-4908, 4-minute duration) confirming that clinic providers aborted general anesthesia and Nitrous Oxide sedation in favor of local Lidocaine specifically because of the liver toxicity records (AST 49 U/L) submitted by Plaintiff. This telephone admission proves beyond contradiction that Plaintiff's presence was medically necessary to protect minor child Mia from life-threatening anesthetic liver failure.**

**7. INSTITUTIONAL SPOLIATION & RESTRAINT OF PROTECTED PARTY: Active Hennepin County Order for Protection (Case No. 27-DA-FA-24-5761) designates Plaintiff as the Protected Party and Defendant Dietsch as the Restrained Domestic Abuser, with express exceptions allowing same-room medical attendance. The September 14 incident establishes that corporate co-defendants (Fairview / U of M) collude with an adjudicated domestic abuser to exclude the Joint Legal Custodian while utilizing his medical warnings behind closed doors to avoid surgical liability.**

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed on September 17, 2026.
*Chaska, Minnesota*

Jordan John Perttunen

/s/ Jordan John Perttunen
*Jordan John Perttunen, Pro Se Plaintiff*